# United States District Court
## Violation Notice

CVB Location Code

EV 64

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4762521 | Amaya | 40 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 02/24/2015 2332

Offense Charged ☐ CFR ☐ USC ☒ State Code: 3 CFR 4.2/VSC 462-862 (C)

Place of Offense: S/B GWMP S/O SPOUT RUN PKWY

HAZMAT ☐

Offense Description: Factual Basis for Charge: Reckless Driving

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| LANGHORNE | WILLIAM | S M |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| TWNSTRB | DC | 14 | PORS/911 | | GRY |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Court
401 Courthouse Square
Alexandria, VA 22314
(703) 299-2100

Date (mm/dd/yyyy): 05/07/2015

Time (hh:mm): 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2014)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident